Page 1 of 3

August 6, 2023 @ 04:17:28 PM

Catherine O'Hagan Wolfe
Clerk of Court
U.S.C.A Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**RE: Darryl C. Carter v. Gary Jenkins et al., No: 23-1068, Amended Notice of Appeal**

Dear Chief Judge Livingston:

Per the above listed Appeal Number please note the following:

1. The Amended Notice of Appeal, filed in the lower court on August 6, 2023, twenty-six (26) pages. And, as echoed numerous times this entire case will be referred for criminal investigation.

Sincerely,

/s/ Darryl Carter

Darryl C. Carter

# CERTIFICATE OF SERVICE

On date, August 6, 2023, I did submit the following document(s) with respect to appeal no: 23-1068

1)     DARRYL C. CARTER V. GARY JENKINS ET AL., NO: 23-1068, AMENDED NOTICE OF APPEAL

2)     EXHIBIT 'A' TWENTY-SEVEN (27) PAGES INCLUDING COVER PAGE

☒by submitting the, herein referenced documents, to a person over the age of eighteen (18) years of age, working at the U.S.P.S or other third party courier, with appellant prepaying postage for delivery of said papers as follows.

| | |
|---|---|
| No party appeared in the lower court action and the time for appearance in this court has expired. | No party appeared in the lower court action and the time for appearance in this court has expired. |
| No party appeared in the lower court action and the time for appearance in this court has expired. | No party appeared in the lower court action and the time for appearance in this court has expired. |

/s/ *[signature]*
Darryl C. Carter
1734 Webster Avenue
Bronx, NY 10457
Phone: (201) 781-5216
Email: dcclawinfo@legalhotwater.com

*Attorney for the Plaintiff-Appellant*

1734 Webster Avenue, Bronx, NY 10457